(131 So. 246)

### ALABAMA POWER CO. v. Mrs. J. Floyd JACKSON.

### 7 Div. 989.

Supreme Court of Alabama.

Dec. 4, 1930.

Martin, Thompson & McWhorter, of Birmingham, for petitioner.

W. J. Boykin and Culli, Hunt & Culli, all of Gadsden, opposed.

PER CURIAM.

Petition of the Alabama Power Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Ala. Power Co. v. Jackson (7 Div. 592) 131 So. 244.

The writ is denied on authority of Postal Tel.-Cable Co. v. Minderhout, 195 Ala. 420, 71 So. 91.

ANDERSON, C. J., and SAYRE, GARDNER, BOULDIN, and BROWN, JJ., concur.

THOMAS, J., dissents.

FOSTER, J., not sitting.